**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medinol Ltd.　v.　Cordis Corporation and Johnson & Johnson

No. 15-1027

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　[✓] As counsel for: Medinol Ltd.
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[✓] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

　Name: Richard L. DeLucia
　Law firm: Kenyon & Kenyon LLP
　Address: One Broadway
　City, State and ZIP: New York, NY 10004
　Telephone: 212-425-7200
　Fax #: 212-425-5288
　E-mail address: rdelucia@kenyon.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Sept. 27, 1988

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/22/2014　　　　　　　　　　　　/s/ Richard L. DeLucia
　Date　　　　　　　　　　　　　Signature of pro se or counsel

cc: Gregory Diskant, Esq.