FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the  Southern District of New York
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: Patent infringement

Medinol Ltd.  v.  Cordis Corporation and Johnson & Johnson

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 13-cv-1408 (SAS)   Date of Judgment or Order 9/26/2014
Cross or related appeal? No    Date of Notice of Appeal 10/7/2014
Appellant is: [✓] Plaintiff  [ ] Defendant  [ ] Other (explain) _____

FEES:  Court of Appeals docket fee paid?  [✓] Yes  [ ] No
       U.S. Appeal?                        [ ] Yes  [✓] No
       In forma pauperis?                  [ ] Yes  [✓] No

Is this matter under seal?  [ ] Yes  [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Richard DeLucia (counsel to Medinol Ltd.)
Kenyon & Kenyon LLP
One Broadway
New York, New York (10004)
(212) 425-7200

Gregory Diskant (counsel to Cordis Corp. & Johnson & Johnson)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York  10036
(212) 336-2710

COURT REPORTER: (Name and telephone): Southern District Reporters, P.C. (212) 805-0300

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439