No. 15-1027

# United States Court of Appeals for the Federal Circuit

———◆———

MEDINOL, LTD.,

*Plaintiff-Appellant,*

—v.—

CORDIS CORPORATION, JOHNSON & JOHNSON,

*Defendants-Appellees.*

———

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,
CASE NO. 13-CIV-1408, HON. SHIRA A. SCHEINDLIN

**MOTION TO EXTEND TIME FOR APPELLEES' RESPONSE BRIEF**

Gregory L. Diskant
Eugene M. Gelernter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Defendants-Appellees*

# CERTIFICATE OF INTEREST

Counsel for Defendants-appellees Cordis Corporation and Johnson & Johnson certifies the following:

1.	The full name of the parties I represent:  Cordis Corporation and Johnson & Johnson.

2.	The name of the real parties in interest I represent:  Cordis Corporation and Johnson & Johnson.

3.	All parent corporations and any publicly held companies that own 10 percent of more of the stock of the parties I represent:  Johnson & Johnson.

4.	The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court:

> PATTERSON BELKNAP WEBB & TYLER LLP:  Kathleen M. Crotty, Anthony DeCinque, Gregory L. Diskant, Marla Dunn, Eugene M. Gelernter, Scott B. Howard, Laura Kauffman, Peter Nelson

Dated:  December 22, 2014

> _/s/ Eugene M. Gelernter_
> Eugene M. Gelernter

Defendants-appellees Cordis Corporation and Johnson & Johnson (collectively "Cordis") respectfully move pursuant to Federal Rule of Civil Procedure 26(b) and Federal Circuit Rule 26(b) for an order extending the time to file their response brief in this appeal for sixty days, from January 23, 20015 to March 24, 2015. The reasons for this motion are set forth below.

1. This is an appeal by Medinol Ltd. ("Medinol") from the denial of its motion under Federal Rule of Civil Procedure 60(b)(6) to set aside a final judgment dismissing its complaint on grounds of laches. In its decision dismissing this case on laches grounds, the district court found that Medinol "unreasonabl[y] and inexcusabl[y]" delayed for years in bringing this action. *Medinol Ltd. v. Cordis Corp.*, 15 F. Supp. 3d 389, 405 (S.D.N.Y. 2014).

2. Cordis's response brief currently is due on January 23, 2015. Cordis seeks a 60-day extension, until March 24, 2015, to file its response brief.

3. Cordis seeks this extension because of its attorneys' previously scheduled vacations and because of counsel's commitments in other cases, including several other appeals that are currently are pending in this Court. The requested extension would help ensure that the issues presented by this case are adequately presented for this Court's review.

4. Cordis has not requested any previous extension of time in this appeal.

5. Before the filing of this motion, Medinol's counsel advised counsel for Cordis that Medinol would be willing to consent to an extension of up to 14 days, but would not consent to the 60-day extension that Cordis requests.

Dated:  December 22, 2014         Respectfully submitted,

*/s/ Eugene M. Gelernter*
Eugene M. Gelernter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Defendants-Appellees*
*Cordis Corporation and Johnson & Johnson*

## STATEMENT REGARDING CONSENT/OPPOSITION

Before filing this motion I consulted with counsel representing plaintiff-appellee Medinol Ltd. I was advised that although Medinol would consent to an extension of up to 14 days, it opposes the 60-day extension that Cordis seeks.

Dated:     December 22, 20141

                                                          */s/ Eugene M. Gelernter*
                                                          Eugene M. Gelernter
                                                          PATTERSON BELKNAP WEBB & TYLER LLP
                                                          1133 Avenue of the Americas
                                                          New York, NY 10036
                                                          Telephone:  (212) 336-2000
                                                          Fax:  (212) 336-2222

                                                          *Attorneys for Defendants-Appellees Cordis Corporation and Johnson & Johnson*

No. 2015-1027

_____

# United States Court of Appeals for the Federal Circuit

_____

MEDINOL, LTD.,

*Plaintiff-appellant*,

v.

CORDIS CORPORATION, JOHNSON & JOHNSON,

*Defendants-appellees*.

_____

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the date for filing of Defendants-Appellees Cordis Corporation's and Johnson & Johnson's response brief is extended by 60 days, from January 23, 2015 to March 24, 2015.

Dated: December __, 2015

SO ORDERED:

_____

Judge, U.S. Court of Appeals

7524247v.1

No. 2015-1027

_____

# United States Court of Appeals
# for the Federal Circuit

_____

MEDINOL, LTD.,

*Plaintiff-appellant*,

v.

CORDIS CORPORATION, JOHNSON & JOHNSON,

*Defendants-appellees*.

_____

**DECLARATION OF EUGENE M. GELERNTER**
_____

Eugene M. Gelernter declares as follows:

1. I am an attorney admitted to practice in this Court and a member of the firm of Patterson Belknap Webb & Tyler LLP, counsel for defendant-appellants Cordis Corporation and Johnson & Johnson (collectively, "Cordis") in this appeal. I submit this declaration in support of Cordis's motion to extend the time for filing its response brief in this appeal by 60 days, from January 23, 2015 to March 24, 2015.

2. This is an appeal by Medinol Ltd. ("Medinol") from the denial of its motion under Federal Rule of Civil Procedure 60(b)(6) to set aside a final judgment dismissing its complaint on grounds of laches.

7524247v.1

3. Cordis's response brief currently is due on January 23, 2015. Cordis seeks a 60-day extension, until March 24, 2015, to file its response brief.

4. Cordis seeks the requested extension because of its attorneys' previously scheduled vacations and because of counsel's commitments in other cases, including several other appeals that are pending in this Court. The requested extension would help to ensure that the issues presented by this case are adequately presented for this Court's review.

5. Cordis has not requested any previous extension of time in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2014

>*/s/ Eugene M. Gelernter*
> Eugene M. Gelernter

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, the foregoing Motion to Extend Time for Appellees' Response Brief, and the Declaration of Eugene M. Gelernter in support thereof, were electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by appellate CM/ECF system.

*/s/ Eugene M. Gelernter*
Eugene M. Gelernter