NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MEDINOL LTD.,**
*Plaintiff-Appellant,*

v.

**CORDIS CORPORATION AND JOHNSON & JOHNSON,**
*Defendants-Appellees.*

2015-1027

Appeal from the United States District Court for the Southern District of New York in No. 1:13-CV-01408 Judge Shira Ann Scheindlin.

**O R D E R**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

Appellant maintains that this case presents the same laches issue as the *SCA Hygiene Prods. Aktiebolag v. First Quality Baby Prods., LLC*, No. 2013-1564, case. In light

of the court's order granting the petition for rehearing en banc in the *SCA* case,

 IT IS ORDERED THAT:

 The petition for hearing en banc in this case is held in abeyance pending en banc review of the *SCA* case. The parties may file amicus briefs in accordance with the order in the *SCA* case.

          FOR THE COURT

<u>December 30, 2014</u>   <u>/s/ Daniel E. O'Toole</u>
   Date       Daniel E. O'Toole
          Clerk of Court