NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MEDINOL LTD.,**
*Plaintiff-Appellant,*

v.

**CORDIS CORPORATION AND JOHNSON & JOHNSON,**
*Defendants-Appellees.*

2015-1027

Appeal from the United States District Court for the Southern District of New York in No. 1:13-CV-01408 Judge Shira Ann Scheindlin.

**O R D E R**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES *Circuit Judges*.

PER CURIAM.

In light of the court's order granting the petition for rehearing en banc in *SCA Hygiene Products Aktiebolag v. First Quality Baby Products, LLC*, No. 2013-1564, the court stays the instant case pending resolution of the *SCA*

*Hygiene* case. Appellees' motion to extend time for appellees' response brief and to withdraw prior motion to extend time, *see* Dkt. No. 28, and appellees' original motion to extend time, *see* Dkt. No. 25, are denied as moot.

                                                                                       FOR THE COURT

| January 15, 2015 | Daniel E. O'Toole |
|:---:|:---:|
| Date | Clerk of Court |