NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MEDINOL LTD.,**
*Plaintiff-Appellant*

v.

**CORDIS CORPORATION, JOHNSON & JOHNSON,**
*Defendants-Appellees*

2015-1027

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-01408-SAS, Judge Shira Ann Scheindlin.

**O R D E R**

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges\**.

PER CURIAM.

---

\* Circuit Judge Stoll did not participate.

In light of the court's en banc decision in *SCA Hygiene Products Aktiebolag v. First Quality Baby Products, LLC*, No. 2013-1564, the court lifts the stay entered January 15, 2015, and denies the petition for en banc hearing filed on November 26, 2014. Appellant Medinol Ltd. shall file a new opening brief within 60 days of this order. Timing of the appellee and reply briefs shall follow the standard procedure outlined in Federal Circuit Rule 31.

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) The petition for en banc hearing is denied.

(3) Appellant Medinol Ltd. shall file a new opening brief within 60 days of this order.


FOR THE COURT

September 25, 2015            /s/ Daniel E. O'Toole
      Date                    Daniel E. O'Toole
                              Clerk of Court